**TODD C. BANK**
Attorney at Law
119-40 Union Turnpike
Fourth Floor
Kew Gardens, New York 11415
Telephone (718) 520-7125
Facsimile (718) 261-2482

October 20, 2005

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Attn: Hon. Raymond J. Dearie

      Re:    Margaret Doyle, *et al.* v. CVS Corporation
             Docket No. 05 CV 1548 (RJD) (CLP)

Dear Judge Dearie:

      Per my conversation with Ellen Mulqueen earlier today, please note that the plaintiff will withdraw this matter.

Very truly yours,

*/s/ Todd C. Bank*
Todd C. Bank

TCB/bd

cc: Richard A. Williamson, Esq.