UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARGARET DOYLE, individually and
On Behalf of All Others Similarly Situated,

       Plaintiff,     05-CV-1548 (RJD) (CLP)

 -against-          **STIPULATION AND**
               **ORDER OF DISMISSAL**

CVS CORPORATION,

       Defendant.
------------------------------------------------------------X

  It is hereby stipulated and agreed by and between the undersigned attorneys for the respective parties that this action is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure without costs, fees, or disbursements to either party as against the other. The undersigned counsel may sign this stipulation and order by electronic transmission and such signature will be as valid as an original signature.

Dated: New York, New York
    October 21, 2005

TODD C. BANK, ESQ.        FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

By: ____/s/ Todd C. Bank____     By: ____/s/____
   Todd C. Bank (TB-6825)        Richard A. Williamson (RW-3033)

119-40 Union Turnpike, 4th Floor     One Liberty Plaza, 35th Floor
Kew Gardens, New York 11415      New York, New York 10006-1404
(718) 520-7125            (212) 412-9500

Attorneys for plaintiff          Attorneys for defendant

SO ORDERED:

 s/ Judge Raymond J. Dearie
 _____
 U.S.D.J.